# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARITA MENDOZA,<br><br>Plaintiff,<br><br>vs.<br><br>DOLLAR TREE STORES, INC.; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: ED CV 18-1361-DMG (PJWx)<br><br>**ORDER RE NOTICE OF VOLUNTARY DISMISSAL [14]** |

Pursuant to the parties' stipulation, the Court hereby dismisses the above-captioned action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1). All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.

DATED: January 4, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-